No. 03–390. IOWA CONFERENCE OF THE UNITED METHODIST CHURCH ET AL. v. KLIEBENSTEIN ET VIR. Sup. Ct. Iowa. Motions of Professor Carl H. Esbeck et al., GuideOne Insurance Co.,

and Southern Baptist Convention for leave to file briefs as *amici curiae* granted. Certiorari denied.